Jonathan Gross (State Bar No. 122010)
jgross@bishop-barry.com
Vivian L. Lerche (State Bar No. 149984)
vlerche@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

*Attorneys for Defendant*
MARYLAND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JARDINE,<br><br>Plaintiff,<br><br>vs.<br><br>MARYLAND CASUALTY COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendant.<br><br>AND RELATED ACTIONS | Case No.: C-10-03318-SC, related for Case Management Purposes with:<br>Case No. C-10-03319-SC;<br>Case No. C-10-03335-SC; and<br>Case No. C-10-03336-SC<br><br>**STIPULATION TO CONSOLIDATE CASES FOR PRETRIAL PROCEEDINGS**<br><br>Honorable Samuel Conti |

Pursuant to the Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 42, the parties, Plaintiff James Jardine and Defendants Maryland Casualty Company and OneBeacon Insurance Company, stipulate as follows:

CONSOLIDATION OF RELATED CASES FOR PRETRIAL PROCEEDINGS

1. By Order of September 10, 2010, this Court found that the following four actions are related cases within the meaning of Civil L.R. 3-12 and assigned each of these actions to the Honorable Samuel Conti [Doc. 10]:

    a. *James Jardine v. Maryland Casualty Company*, United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03318 SC *James*

    b. *James Jardine v. Maryland Casualty Company*, United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03319 SC;

---

1

STIPULATION TO CONSOLIDATE CASES FOR PRETRIAL PROCEEDINGS     Case No.: C-10-03318-SC

c. *Jardine v. OneBeacon Insurance Company, et al.*, United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03335 SC; and

d. *James Jardine v. OneBeacon Insurance Company, et al.*, United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03336 SC.

2. Each of these four actions involves common questions of law or fact, such that consolidation will serve the purposes of judicial economy and convenience, and avoid unnecessary cost or delay.

3. Pursuant to Fed.R.Civ.P. 42(a), these related cases are hereby consolidated for pretrial proceedings before this Court.

MASTER DOCKET

3. The docket in Civil Action No. C-10-03318-SC shall constitute the Master Docket for these consolidated actions.

IT IS SO STIPULATED

Dated: January 18, 2011         SCHENONE & PECK

                                By: _____
                                Ronald G. Peck
                                Attorneys for Plaintiff James Jardine

Dated: December 14, 2010        WOLKIN • CURRAN, LLP

                                By: _____
                                Brandt L. Wolkin
                                Dawn A. Silberstein

                                Attorneys for Defendant
                                OneBeacon Insurance Company

Dated: December __, 2010        BISHOP BARRY DRATH

                                By: _____
                                Jonathon Gross
                                Vivian L. Lerche

                                Attorneys for Defendant
                                Maryland Casualty Company

---

2

STIPULATION TO CONSOLIDATE CASES FOR PRETRIAL PROCEEDINGS          Case No.: C-10-03318-SC

Jonathan Gross (State Bar No. 122010)
jgross@bishop-barry.com
Vivian L. Lerche (State Bar No. 149984)
vlerche@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile:  (510) 596-0899

*Attorneys for Defendant*
MARYLAND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JARDINE,<br><br>    Plaintiff,<br><br>vs.<br><br>MARYLAND CASUALTY COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendant.<br><br>AND RELATED ACTIONS | Case No.: C-10-03318-SC, related for Case Management Purposes with:<br>Case No. C-10-03319-SC;<br>Case No. C-10-03335-SC; and<br>Case No. C-10-03336-SC<br><br>[PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PROCEEDINGS<br><br>Judge: Honorable Samuel Conti |

Pursuant to the Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 42, IT IS HEREBY ORDERED as follows:

CONSOLIDATION OF RELATED CASES

1.      By Order of September 10, 2010, this Court found that the following four actions are related cases within the meaning of Civil L.R. 3-12 and assigned each of these actions to the Honorable Samuel Conti [Doc. 10]:

   a. *James Jardine v. Maryland Casualty Company*, United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03318 SC *James*

   b. *James Jardine v. Maryland Casualty Company*, United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03319 SC;

    c. *Jardine v. OneBeacon Insurance Company, et al.,* United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03335 SC; and

    d. *James Jardine v. OneBeacon Insurance Company, et al.,* United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03336 SC.

2. Each of these four actions involves common questions of law or fact, such that consolidation will serve the purposes of judicial economy and convenience, and avoid unnecessary cost or delay.

3. Pursuant to Fed.R.Civ.P. 42(a), these related cases are hereby consolidated for pretrial proceedings before this Court.

MASTER DOCKET

3. The docket in Civil Action No. C-10-03318-SC shall constitute the Master Docket for these consolidated actions.

**IT IS SO ORDERED.**

DATED: 1/19/11



Hon. C.
United                    Judge
Judge Samuel Conti
IT IS SO ORDERED