Jonathan Gross, State Bar No. 122010
jgross@bishop-barry.com
Vivian Lerche, State Bar No. 149984
vlerche@bishop-barry.com
Sheila Addiego, State Bar No. 168365
saddiego@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile:  (510) 596-0889

Attorneys for Defendant
MARYLAND CASUALTY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JARDINE,<br><br>    Plaintiff,<br><br>v.<br><br>MARYLAND CASUALTY COMPANY,<br><br>    Defendant.<br><br>AND RELATED CASES | Case No. : 3:10-cv-03318-SC<br>consolidated for all purposes with<br>Case No. 3:10-cv-03319-SC;<br>Case No. 3:10-cv-03335-SC and<br>Case No. 3:10-cv-03336-SC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES**<br><br>Judge: Honorable Samuel Conti<br>TRIAL DATE: September 6, 2011 |

IT IS HEREBY STIPULATED by and between plaintiff JAMES JARDINE ("Jardine") and defendants MARYLAND CASUALTY COMPANY ("Maryland") and ONEBEACON INSURANCE COMPANY ("OneBeacon"), by and through their attorneys of record, that good cause exists and the parties request that the Court continue the trial date for at least one month to October 3, 2011 and adjust the pretrial deadlines accordingly based on the following:

1.    During the pendency of this case, which was filed on March 9, 2010 and served on Maryland on June 14, 2011 and on OneBeacon in June, 2011, counsel for the parties have worked diligently to prepare their case and to mutually understand the legal and factual issues of the case.

2.    Due to the consolidation of the four separate actions and the need to conduct

discovery regarding three underlying California state court actions filed by Jardine regarding damage to his building which is the subject matter of the consolidated action, the volume of documents that were required to be reviewed is substantial and is still ongoing.

3.  The parties have cooperated in the scheduling depositions of the factual witnesses in this case, however, such discovery is not yet complete. The parties' expert witnesses will rely in part on the testimony from these depositions in forming their opinion. As such, an extension of time is necessary for the parties to complete discovery effectively prepare their cases, including the disclosure of expert witnesses and their reports and expert depositions.

4.  The parties anticipate that experts will be retained in the areas of construction, structural engineering, materials science, real estate appraisal and claim handling.

5.  The Court's March 18, 2011 Status Conference Order set the time for completion of discovery for July 6, 2011 and pursuant to Fed. Rule of Civ. Proc. 26(D), the last day for disclosure of expert witnesses is June 8, 2011 and the last date for rebuttal disclosure is July 8, 2011. The parties hereby stipulate and represent to the Court that there is insufficient time to disclose the expert witnesses necessary for trial and for such witnesses to prepare reports pursuant to Fed. Rule of Civ. Proc. 26 (a)(2)(B) and be deposed on their opinions prior to the discovery cutoff.

6.  The parties would like to continue the trial one month to October 3, 2011. However, trial counsel for OneBeacon, Brandt Wolkin, has a trial estimated to take two weeks, scheduled to start on October 3, 2011 in the San Francisco Superior Court. Accordingly, the parties request that trial in this matter be continued to October 24, 2011.

| Event | Current Deadline | Proposed Date |
| --- | --- | --- |
| Factual Discovery | July 6, 2011 | July 6, 2011 |
| Motion Cut Off | July 22, 2011 | July 22, 2011 |
| Expert Disclosure | June 8, 2011 | July 8, 2011 |
| Rebuttal Expert Disclosure | July 8, 2011 | August 5, 2011 |
| Pre-Trial Conference | August 26, 2011 | September 23, 2011 |

7. Should October 24, 2011 not be available on the Court's calendar, and another date is selected, the parties request that the Court not select a date between November 7, 2011 – November 18, 2011, or between December 15, 2011 – January 6, 2012 when the parties are unavailable.

8. Based on the foregoing and pursuant to Fed. Rule of Civ. Proc. 16(b)(4) good cause exists for the Court to modify the Status Conference Order entered on March 18, 2011 and continue the trial date until October 24, 2011, and continue the pretrial and trial deadlines as indicated above.

Respectfully submitted,

Dated: May 4, 2011

BISHOP | BARRY | DRATH

By: _____
Jonathan Gross
Attorneys for Defendant
MARYLAND CASUALTY COMPANY

Dated: May 4, 2011

SCHENONE & PECK

By: _____
Ronald G. Peck

Dated: May 5, 2011

WOLKIN CURRAN, LLP

By: _____
Brandt L. Wolkin
Dawn Silberstein

///
///

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, the Court finds good cause to continue the trial date in this action. The trial date of this action is hereby continued to ___1/23/12___, 2011 and the pre-trial deadlines are modified as follows:

| Event | Current Deadline | Continued Date |
|---|---|---|
| Factual Discovery | July 6, 2011 | 11/23/11 |
| Motion ~~Cut Off~~ Hearing | July 22, 2011 | 12/9/11 |
| Expert Disclosure | June 8, 2011 | 11/23/11 |
| Rebuttal Expert Disclosure | July 8, 2011 | 12/9/11 |
| Pre-Trial Conference | August 26, 2011 | 1/13/12 |

IT IS SO ORDERED.

Dated: ___May 9, 2011___



United St_____
Judge Samuel Conti