1  Brandt L. Wolkin, Esq.,    SBN 112220
   Dawn A. Silberstein, Esq.,  SBN 167936
2  Wolkin · Curran, LLP
   555 Montgomery Street, Suite 1100
3  San Francisco, California 94111
   Telephone:   (415) 982-9390
4  Facsimile:    (415) 982-4328

5  Attorneys for Defendant
   ONEBEACON INSURANCE COMPANY

6

7

8              **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA -**

10               **SAN FRANCISCO DIVISION**

11  JAMES JARDINE, an individual,      | Case No. 3:10-cv-03318 SC,
                                       | consolidated with
12            Plaintiff,               | Case No. 3:10-cv-03319 SC;
                                       | Case No. 3:10-cv-03335 SC and
13        v.                           | Case No. 3:10-cv-03336 SC

14  MARYLAND CASUALTY COMPANY, a
    corporation, and DOES 1 thorough 50,
15
            Defendants.
16

17  JAMES JARDINE, an individual,      | Case No. 3:10-cv-03335 SC and
                                       | Case No. 3:10-cv-03336 SC
18            Plaintiff,

19        v.                           | STIPULATION AND [~~PROPOSED~~]
                                       | ORDER SUBSTITUTING PARTY
20  ONEBEACON INSURANCE COMPANY, a
    corporation, and DOES 1 thorough 50,
21
            Defendants.
22

23

24        The parties to this action, through their respective attorneys of record, stipulate and

25  agree as follows:

26        (1)    Defendant "ONEBEACON INSURANCE COMPANY" is no longer a party

27  to Case No. 3:10-cv-03335 SC and Case No. 3:10-cv-03336 SC by reason of the fact that

28  OneBeacon policy number FF 1U38935, which forms the basis of the dispute between the

                                    1.

1    parties to both case no. 3:10-cv-03335 SC and case no. 3:10-cv-03336 SC  was neither issued

2    nor underwritten by OneBeacon Insurance Company, but rather by Employers Fire Insurance

3    Company acting under the trade name "OneBeacon Insurance."

4         (2)    "EMPLOYERS FIRE INSURANCE COMPANY," a Massachusetts

5    corporation, is substituted as a party to this action in place of the party identified in

6    paragraph (1), above.

7         (3)    Defendant EMPLOYERS FIRE INSURANCE COMPANY hereby

8    acknowledges actual notice of this suit and subjects itself to the jurisdiction of the Court in

9    this action.

10        **IT IS SO STIPULATED:**

11   Dated:  5-10-2011                          WOLKIN • CURRAN, LLP

12                                              By:

13                                                  Brandt L. Wolkin
                                                    Dawn A. Silberstein

14
                                                Attorneys for defendant, in error,
15                                              **OneBeacon Insurance Company**
                                                And for Defendant,
16                                              **Employers Fire Insurance Company**

17   Dated:  5·6·2011                          SCHENONE & PECK

18                                              By:

19                                                  Ronald Peck

20                                              Attorneys for plaintiff **James Jardine**

21   Dated:                                     BISHOP BARRY DRATH

22
                                                By:
23                                                  Jonathon Gross
                                                    Vivian L. Lerche
24
                                                Attorneys for defendant
25                                              **Maryland Casualty Company**

26

27

28

2.

**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING**          CASE 3:10-CV-03335 SC ; AND
**PARTY**                                                   CASE 3:10-CV-0333 6SC

1 | parties to both case no. 3:10-cv-03335 SC and case no. 3:10-cv-03336 SC  was neither issued

2 | nor underwritten by OneBeacon Insurance Company, but rather by Employers Fire Insurance

3 | Company acting under the trade name "OneBeacon Insurance."

4 |       (2)    "EMPLOYERS FIRE INSURANCE COMPANY," a Massachusetts

5 | corporation, is substituted as a party to this action in place of the party identified in

6 | paragraph (1), above.

7 |       (3)    Defendant EMPLOYERS FIRE INSURANCE COMPANY hereby

8 | acknowledges actual notice of this suit and subjects itself to the jurisdiction of the Court in

9 | this action.

10 | **IT IS SO STIPULATED:**

11 | Dated:                             WOLKIN • CURRAN, LLP

12 |

13 |                         By: _____
                                 Brandt L. Wolkin
                              Dawn A. Silberstein

14 | Attorneys for defendant, in error,

15 | **OneBeacon Insurance Company**
And for Defendant,

16 | **Employers Fire Insurance Company**

17 | Dated:                             SCHENONE & PECK

18 |                         By: _____

19 |                                    Ronald Peck

20 | Attorneys for plaintiff **James Jardine**

21 | Dated: S- 6- 11                BISHOP BARRY DRATH

22 |                         By: _____

23 |                                    Jonathon Gross
                                 Vivian L. Lerche

24 |

25 | Attorneys for defendant

26 | **Maryland Casualty Company**

27 |

28 |

*(Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti)*

2.

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING
PARTY                           CASE 3:10-CV-03335 SC ; AND
                                        CASE 3:10-CV-0333 6SC

1                    [PROPOSED] **ORDER APPROVING STIPULATION**

2        **IT IS SO ORDERED.**

3 Dated: _____

4

5                                _____
                                    The Honorable Judge Samuel Conti,

6                             Judge of the United States District Court,
                       in and for the Northern District of California,

7                                San Francisco Division.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY         CASE 3:10-CV-03335 SC ; AND
CASE 3:10-CV-0333 6SC

## DECLARATION OF SERVICE

I, Angela Lee Rojas, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **10 May 2011** I served the attached document, STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY, on the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

### PLEASE SEE ATTACHED SERVICE LIST

and served the named document in the manner(s) indicated below:

x   **BY ELECTRONIC SERVICE:** I transmitted true and correct copy(ies) of the above document(s) by electronic service from: "arojas@wolkincurran.com" on **10 May 2011** to the addressee(s) listed on the attached service list. A signed copy of this affidavit or certificate of mailing accompanied the above named document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed 10 May 2011, at San Francisco, California.

*/s/ Angela Rojas*

_____

Angela Lee Rojas

1

1

## SERVICE LIST

| | |
|---|---|
| Jonathan Gross, Esq.<br>Vivian Leung Lerche, Esq.<br>Bishop Barry Drath<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Tel:  510/596-0888<br>Fax:  510/596-0899<br>E-mail: jgross@bishop-barry.com<br>E-mail: vlerche@bishop-barry.com | Counsel for *Maryland Casualty Company* |

SERVICE LIST                                    CASE NO. 3:10-C--03336 SC