Brandt L. Wolkin, Esq.,    SBN 112220
Dawn A. Silberstein, Esq.,  SBN 167936
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328

Attorneys for Defendant
EMPLOYERS FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JARDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND CASUALTY COMPANY, a corporation, and DOES 1 thorough 50,<br><br>Defendants. | Case No. 3:10-cv-03318 SC, consolidated with<br>Case No. 3:10-cv-03319 SC;<br>Case No. 3:10-cv-03335 SC and<br>Case No. 3:10-cv-03336 SC |
| JAMES JARDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYERS FIRE INSURANCE COMPANY, a corporation, and DOES 1 thorough 50,<br><br>Defendants. | Case No. 3:10-cv-03335 SC; and<br>Case No. 3:10-cv-03336 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE TO FEBRUARY 13, 2012** |

IT IS HEREBY STIPULATED by and between plaintiff, JAMES JARDINE ("Jardine"), and defendants MARYLAND CASUALTY COMPANY ("Maryland") and EMPLOYERS FIRE INSURANCE COMPANY ("Employers"), by and through their attorneys of record, that good cause exists and the parties request that the Court continue the trial date from January 23, 2012 until **February 13, 2012**:

1.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE       CASE 3:10-CV-03335 SC; AND
TRIAL DATE                                          CASE 3:10-CV-03336 SC

1

2  1.  In order to accommodate discovery and scheduling issues, the parties previously stipulated to continue the trial date in this matter until October 3, 2011 or a date as soon thereafter as convenient to the Court. (See *Wolkin Declaration*, ¶ 3).

5  2.  In response to this stipulation, the Court ordered the continuation of the trial date in the above consolidated actions from September 6, 2011 to January 23, 2012.

7  3.  However, counsel for Employers, Brandt L. Wolkin, is set to be in trial in state court in another matter at that time. Trial of the other state court matter involves over thirteen parties, most with multiple counsel, and was set as of March 16, 2011. (See *Wolkin Declaration*, ¶ 5).

11  4.  In order to accommodate Mr. Wolkin's trial schedule, the parties have agreed to a short continuation of the trial date from January 23, 2012 to **February 13, 2012**.

13  6.  Based on the foregoing, and pursuant Local Rule 6-2, good cause exists for the Court to modify the Joint Stipulation and Order to Continue The Trial Date And Pre Trial Order entered on May 9, 2011 and to continue the trial date until February 13, 2012 and to continue the pretrial and trial deadlines as indicated below.

**IT IS SO STIPULATED.**

Dated: 5/25/11

SCHENONE & PECK

By: _____
Ronald G. Peck
Attorney for Plaintiff
JAMES JARDINE

Dated: 5/25/11

BISHOP | BARRY | DRATH

By: _____  VIVIAN LAFETE
Jonathan Gross                  for
Attorneys for Defendant
MARYLAND CASUALTY COMPANY

2.

| STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE | CASE 3:10-CV-03335 SC; AND CASE 3:10-CV-03336 SC |
|---|---|

Dated: 5/26/11

WOLKIN • CURRAN, LLP

By: _____
Brandt L. Wolkin
Dawn A. Silberstein
Attorneys for defendant
EMPLOYERS FIRE INSURANCE COMPANY

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, the Court finds good cause to continue the trial date in this action. The trial date of this action is hereby continued to _____, 2012 and the pre-trial deadlines are modified as follows:

| Event | Current Deadline | Proposed Date |
|---|---|---|
| Factual Discovery | 11/23/11 | |
| Motion Cut Off | 12/9/11 | |
| Expert Disclosure | 11/23/11 | |
| Rebuttal Expert Disclosure | 12/9/11 | |
| Pre-Trial Conference | 1/13/12 | |

IT IS SO ORDERED.

Dated: May 27, 2011  _____

DENIED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3.

# DECLARATION OF SERVICE

I, Angela Lee Rojas, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **26 May 2011** I served the attached document, **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE TO FEBRUARY 13, 2012,** on the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

and served the named document in the manner(s) indicated below:

    X    **BY ELECTRONIC SERVICE:** I transmitted true and correct copy(ies) of the above document(s) by electronic service from: "arojas@wolkincurran.com" on **26 May 2011** to the addressee(s) listed on the attached service list. A signed copy of this affidavit or certificate of mailing accompanied the above named document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed 26 May 2011, at San Francisco, California.

/s/ Angela Rojas

_____
Angela Lee Rojas

## SERVICE LIST

| | |
|---|---|
| Jonathan Gross, Esq.<br>Vivian Leung Lerche, Esq.<br>Bishop Barry Drath<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Tel:  510/596-0888<br>Fax:  510/596-0899<br>E-mail: jgross@bishop-barry.com<br>E-mail: vlerche@bishop-barry.com | Counsel for *Maryland Casualty Company* |

i

SERVICE LIST                                     CASE NO. 3:10-C--03335 SC

Brandt L. Wolkin, Esq.,   SBN 112220
Dawn A. Silberstein, Esq.,   SBN 167936
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328

Attorneys for Defendant
EMPLOYERS FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JARDINE, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>MARYLAND CASUALTY COMPANY, a corporation, and DOES 1 thorough 50,<br><br>              Defendants. | Case No. 3:10-cv-03318 SC, consolidated with<br>Case No. 3:10-cv-03319 SC;<br>Case No. 3:10-cv-03335 SC and<br>Case No. 3:10-cv-03336 SC |
| JAMES JARDINE, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>EMPLOYERS FIRE INSURANCE COMPANY, a corporation, and DOES 1 thorough 50,<br><br>              Defendants. | Case No. 3:10-cv-03335 SC; and<br>Case No. 3:10-cv-03336 SC<br><br>**DECLARATION OF BRANDT WOLKIN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE TO FEBRUARY 13, 2012** |

I, Brandt L. Wolkin, declare as follows:

1.      I am an attorney licensed to practice in the State of California and admitted before the Federal District Court for the Northern District of California. I have personal knowledge of the following facts and could and would competently testify thereto if called upon to do so.

1.

2. Wolkin Curran is counsel of record for defendant Employers Fire Insurance Company in the following two actions before this Court: (1) *James Jardine v. Employers Fire Insurance Company*, United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03335 SC; and (2) *James Jardine v. Employers Fire Insurance Company*, United States District Court, Northern District, San Francisco Division, Case No. 3:10-cv-03336 SC.

3. In order to accommodate discovery and scheduling issues, the parties previously stipulated to continue the trial date in the above consolidated actions until October 3, 2011 or a date as soon thereafter as convenient to the Court.

4. By order entered May 9, 2011, this Court continued the trial date until January 23, 2012.

5. I am currently scheduled to be in trial on that date in another matter pending in state court. That state court matter is entitled *"Plant Insulation Company v. Fireman's Fund Insurance Company, et al."* Trial is set to commence in Judge Munter's court on January 17, 2012. Trial of the *Plant* action involves over thirteen parties, most with multiple counsel, and was set as of March 16, 2011.

4. Accordingly, the parties have agreed to a short continuation of the trial date from January 23, 2012 to **February 13, 2012**.

6. Based on the foregoing and pursuant Local Rule 6-2, good cause exists for the Court to modify the Joint Stipulation and Order to Continue The Trial Date And Pre Trial Order entered on May 9, 2011 and to continue the trial date until February 13, 2012 and to continue the pretrial and trial deadlines as indicated.

Dated this 24th day of May 2011, in San Francisco, California.

Brandt L. Wolkin

2.

DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

CASE 3:10-CV-03335 SC; AND CASE 3:10-CV-03336 SC

# DECLARATION OF SERVICE

I, Angela Lee Rojas, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **26 May 2011** I served the attached document, **DECLARATION OF BRANDT WOLKIN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE TO FEBRUARY 13, 2012,** on the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

and served the named document in the manner(s) indicated below:

x   **BY ELECTRONIC SERVICE:** I transmitted true and correct copy(ies) of the above document(s) by electronic service from: "arojas@wolkincurran.com" on **26 May 2011** to the addressee(s) listed on the attached service list. A signed copy of this affidavit or certificate of mailing accompanied the above named document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed 26 May 2011, at San Francisco, California.

/s/ Angela Rojas

_____
Angela Lee Rojas

---

DECLARATION OF SERVICE                                              CASE NO. 3:10-C--03335 SC

## SERVICE LIST

| | |
|---|---|
| Jonathan Gross, Esq.<br>Vivian Leung Lerche, Esq.<br>Bishop Barry Drath<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Tel:  510/596-0888<br>Fax: 510/596-0899<br>E-mail: jgross@bishop-barry.com<br>E-mail: vlerche@bishop-barry.com | Counsel for *Maryland Casualty Company* |

i

SERVICE LIST                                              CASE NO. 3:10-C--03335 SC