1   Brandt L. Wolkin, Esq.,     SBN 112220
    Dawn A. Silberstein, Esq.,   SBN 167936
2   Wolkin · Curran, LLP
    555 Montgomery Street, Suite 1100
3   San Francisco, California 94111
    Telephone:    (415) 982-9390
4   Facsimile:    (415) 982-4328

5   Attorneys for Defendant
    EMPLOYERS FIRE INSURANCE COMPANY
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA -

10                   SAN FRANCISCO DIVISION

11  JAMES JARDINE, an individual,          Case No. 3:10-cv-03318 SC,
                                           consolidated with
12                  Plaintiff,             Case No. 3:10-cv-03319 SC;
                                           Case No. 3:10-cv-03335 SC and
13          v.                             Case No. 3:10-cv-03336 SC

14  MARYLAND CASUALTY COMPANY, a
    corporation, and DOES 1 thorough 50,
15
                    Defendants.
16

17  JAMES JARDINE, an individual,          Case No. 3:10-cv-03335 SC; and
                                           Case No. 3:10-cv-03336 SC
18                  Plaintiff,
                                           STIPULATION WITHDRAWING
19          v.                             PLAINTIFF'S THIRD CAUSEOF
                                           ACTION FOR STATUTORY
20  EMPLOYERS FIRE INSURANCE               VIOLATION OF UNFAIR
    COMPANY, a corporation, and DOES 1     INSURANCE PRACTICES ACT;
21  thorough 50,                           [Proposed] ORDER APPROVING
                                           STIPULATION
22                  Defendants.

23

24

25          IT IS HEREBY STIPULATED by and between plaintiff, JAMES JARDINE

26  ("Jardine"), and defendant EMPLOYERS FIRE INSURANCE COMPANY ("Employers"),

27  by and through their attorneys of record that, under the holding of the California Supreme

28  Court in *Moradi-Shalal v. Fireman's Fund*, 46 Cal.3d 287 (1988), no private right of action

                                       1.

exists under the Unfair Insurance Practices Act.  In accordance with Federal Rules of Civil

Procedure 11 and 12, plaintiff Jardine agrees to withdraw his third cause of action for

violation of Unfair Insurance Practices Act alleged in both Case No. 3:10-cv-03335 SC; and

the consolidated action, Case No. 3:10-cv-03336 SC..

**IT IS SO STIPULATED**.

Dated:  September 13, 2011                           SCHENONE & PECK

                                                    */s/ Ronald G. Peck*

By:   _____
                Ronald G. Peck
                Attorney for Plaintiff
                JAMES JARDINE

Dated:  September 13, 2011                       WOLKIN • CURRAN, LLP

                                                    */s/ Dawn A. Silberstein*

By:   _____
                Brandt L. Wolkin
                Dawn A. Silberstein
                Attorneys for defendant
                EMPLOYERS FIRE INSURANCE
                COMPANY

///

///

///

///

///

///

///

///

///

///

///

///

2.

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, the Court finds good cause to grant plaintiff's request to withdraw his Third Causes of Action for Violation of the Unfair Insurance Practices Act alleged in both Case No. 3:10-cv-03335 SC; and the consolidated action, Case No. 3:10-cv-03336 SC. The Third Cause of Action shall be deemed withdrawn and no further pleading shall be required by plaintiff. Defendant, Employers, may allege this stipulation and order withdrawing the Third Cause of Action in its answer to Plaintiff's First Amended (and Supplemental) Complaint for fraud, breach of the implied covenant of good faith and fair dealing, violation of fair claims settlement practices act, and complaint by judgment creditor against liability insurer on judgment filed in Case No. 3:10-cv-03336 SC.

**IT IS SO ORDERED.**

Dated: ___9/13/11___



The Ho_____
Unit_____

Judge Samuel Conti

## DECLARATION OF SERVICE

I, Angela Lee Rojas, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.  I am employed at Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **13 September 2011** I served the attached document, **STIPULATION WITHDRAWING PLAINTIFF'S THIRD CAUSE OF ACTION FOR STATUTORY VIOLATION OF UNFAIR INSURANCE PRACTICES ACT; [Proposed] ORDER APPROVING STIPULATION,** on the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

Jonathan Gross, Esq.
Vivian Leung Lerche, Esq.               Counsel for *Maryland Casualty Company*
Bishop Barry Drath
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel:  510/596-0888
Fax:  510/596-0899
E-mail: jgross@bishop-barry.com
E-mail: vlerche@bishop-barry.com


and served the named document in the manner(s) indicated below:

   X    **BY ELECTRONIC SERVICE:**  I transmitted true and correct copy(ies) of the above document(s) by electronic service from: "arojas@wolkincurran.com" on **13 September 2011** to the addressee(s) listed above or on the attached service list on whom service is to be made at their respective e-mail addresses as listed above or on the attached service list.  A signed copy of this affidavit or certificate of mailing accompanied the above named document(s).


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed 13 September 2011, at San Francisco, California.

*/s/ Angela Lee Rojas*

_____
Angela Lee Rojas

DECLARATION OF SERVICE                                    CASE NO. 3:10-C--03335 SC