IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JARDINE, | ) Case Nos. 10-3318 SC, |
| | ) 10-3319 SC |
|    Plaintiff, | ) |
| | ) Related Cases: 10-3335 SC, |
|       v. | ) 10-3336 SC |
| | ) |
| MARYLAND CASUALTY COMPANY, | ) |
| | ) |
|    Defendant. | ) ORDER RE: MARYLAND'S |
| | ) MOTIONS FOR SUMMARY JUDGMENT |
| | ) |
| JAMES JARDINE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       v. | ) |
| | ) |
| ONEBEACON INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

Before the Court are two Motions for Summary Judgment ("Motions") brought by Defendant Maryland Casualty Insurance Company in Case Numbers 10-3318 ("10-3318") and 10-3319 ("10-3319"). ECF Nos. 35, 36 ("Motions").[1] In response to these Motions, Plaintiff James Jardine ("Jardine") filed two Opposition Briefs. ECF No. 39, 41 ("Oppositions"). In support of the Oppositions, Jardine's attorney, Ronald G. Peck, filed three Declarations. ECF Nos. 40-1, 42-1, 45 ("Peck Declarations"). The

---

[1] All ECF numbers refer to filings in the docket for 10-3318.

Peck Declarations refer to multiple exhibits, none of which have been submitted to the Court.  Jardine's counsel shall immediately re-submit the Peck Declarations to the Court along with the appropriate exhibits.  Chambers copies need not be provided.

IT IS SO ORDERED.

Dated: September 28, 2011     
_____
UNITED STATES DISTRICT JUDGE