1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   JAMES JARDINE,                    ) Case Nos. 10-3318 SC,
                                       ) 10-3319 SC
8        Plaintiff,                    )
                                       ) Related Cases: 10-3335 SC,
9              v.                      ) 10-3336 SC
                                       )
10  MARYLAND CASUALTY COMPANY,         )
                                       )
11       Defendant.                    )  JUDGMENT
                                       )
12  _____)
                                       )
13  JAMES JARDINE,                     )
                                       )
14       Plaintiff,                    )
                                       )
15             v.                      )
                                       )
16                                     )
                                       )
17  ONEBEACON INSURANCE COMPANY,       )
                                       )
18       Defendant.                    )
                                       )
19  _____)

20

21       On October 4, 2011, the Court issued an Order granting

22  Maryland Casualty Company's motions for summary judgment in Case

23  Numbers 10-3318 ("10-3318") and 10-3319 ("10-3319").  10-3318 ECF

24  No. 54; 10-3319 ECF No. 30 ("Order").  In accordance with the

25  Court's Order, JUDGMENT is hereby entered in favor of Defendant

26  Maryland Casualty Company and against Plaintiff James Jardine with

27  respect to Plaintiff's claims for breach of contract, breach of

28

**United States District Court**
For the Northern District of California

implied covenant of good faith and fair dealing, and violations of
the Fair Claims Settlement Act in both 10-3318 and 10-3319.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: October 5, 2011                     
                                    _____
                                    UNITED STATES DISTRICT JUDGE